```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04378
   JOHNNIE W COOPER JR
   MELANIE A COOPER                            CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7613      SSN XXX-XX-7637

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/26/2008 and was confirmed 05/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           NOTICE ONLY      NOT FILED              .00           .00
CAPITAL ONE                UNSECURED           892.13              .00           .00
CAPITAL ONE                UNSECURED          1341.85              .00           .00
CITI MORTGAGE              CURRENT MORTG         .00               .00           .00
CITI MORTGAGE              MORTGAGE ARRE        .00               .00           .00
DOMINION RETAIL            UNSECURED       NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED           223.31              .00           .00
MERRICK BANK               UNSECURED          2376.47              .00           .00
NICOR GAS                  UNSECURED           865.44              .00           .00
LVNV FUNDING               UNSECURED          2126.33              .00           .00
AMERICAN GENERAL FIN       SECURED VEHIC     4722.47            33.41        727.77
AMERICAN GENERAL FINANCE   SECURED            2792.88            20.86        150.53
COOK COUNTY TREASURER      SECURED            5218.33              .00           .00
GMAC                       SECURED VEHIC    27337.58           204.82       1300.61
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED              .00           .00
COMMONWEALTH EDISON        UNSECURED           325.47              .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY       2,174.00                            .00
TOM VAUGHN                 TRUSTEE                                            212.00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,650.00

PRIORITY                                          .00
SECURED                                      2,178.91
    INTEREST                                   259.09
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           212.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04378 JOHNNIE W COOPER JR & MELANIE A COOPER
```

```
DEBTOR REFUND                                                          .00
                                      ---------------     ---------------
TOTALS                                       2,650.00            2,650.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE